McGREGOR W. SCOTT
United States Attorney
LAURA D. WITHERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America


FILED
AUG 14 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 5:18-MJ-00056-JLT |
|---|---|
| Plaintiff, | [PROPOSED] ORDER DISMISSING COMPLAINT |
| v. | |
| WILFREDO DOMINQUEZ-JIMENEZ, | |
| Defendant. | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the complaint in the above-captioned matter is hereby dismissed without prejudice.

Dated: 8/14/18

The Honorable Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER DISMISSING COMPLAINT